# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

_____FILED _____ENTERED
_____LODGED _____RECEIVED

FEB - 6 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY_____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

THE PREMISES KNOWN AS:

CASE NUMBER:

**3435 Liberty Gardens Road
Randallstown, Maryland 21244**

**13-0067SAG**

TO:   DEA Task Force Officer Matthew Wires,
      and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**3435 Liberty Gardens Road, Randallstown, Maryland 21244**, further described as a two story single family residence with gray siding and white trim around the windows and doors. The front door is white in color and located behind a white wrought iron security door. A driveway/parking pad is located to the left side of the residence. The residence does not have any specific numbers affixed to the structure or a mail box located outside at the curb. The residence 3435 is one of only four residences on Liberty Gardens Rd. The location 3435 is located between residence 3437 and 3433. The neighboring residence 3437 is located to the left of the suspect residence and the numbers "3437" are displayed on a mailbox at the end of the driveway. The neighboring residence 3433 is located to the right of the suspect residence and the numbers "3433" are displayed on residence.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment C

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant, **without the need to, in advance, knock and announce their presence.**

YOU ARE HEREBY COMMANDED to search on or before  1/28/13
                                                  Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

1/14/13 _____ at Baltimore, Maryland
Date and Time Issued
11:08am

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#5) AUSAs Carey/Smith

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1-14-13 | 1-15-13  0600 | Steve Medlen |

| INVENTORY MADE IN THE PRESENCE OF | Steve Medlen |
|---|---|

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

_____  _____
U.S Judge or Magistrate                                      Date

| Item | Location Found |
|---|---|
| Motorola i475 (364VMLBWVN) | Master Bedroom – Dresser |
| Samsung SPHM390 | Master Bedroom – Next to bed |
| LG-272 (No Battery) | Master Bedroom – Dresser |
| Samsung Galaxy | Master Bedroom – Bed |
| T-Mobile Samsung Galaxy | Spare Bedroom – Bed |
| Mail to Rhonda Madden (Bank of America) | Spare Bedroom – Dresser |
| Marijuana | Spare Bedroom – Dresser |
| White powder in an orange plastic bottle | Spare Bedroom – Dresser |
| Mail to Steve Madden - 3435 Liberty Gardens Road | Master Bedroom – Dresser |
| Toshiba Laptop L775-S7309 – w/charger | Master Bedroom – next to bed |
| Document to Ryan Raback | Master Bedroom – trash bag |
| Misc Documents (financial records) | Master Bedroom |
| Open box of large plastic bags | Master Bedroom |
| Heat sealer/Vacuum Sealer (open) | Front porch |